# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 OCT 31 AM 10:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE TRINIDAD MORALES-LEDESMA (1),<br><br>　　　　　　　　Defendant. | CASE NO. 12CR1835-WQH<br><br>JUDGMENT OF DISMISSAL |

　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

　　8 USC 1326 REMOVED ALIEN FOUND IN THE UNITED STATES

　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 29, 2012

　　　　　　　　　　　　　　　　/s/ William Q. Hayes
　　　　　　　　　　　　　　　　William Q. Hayes
　　　　　　　　　　　　　　　　U.S. District Judge